# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00167 |
| Troy Elbert Faulkner | ) Assigned to: Judge G. Michael Harvey |
|  | ) Assign Date: 1/26/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| **Date of Birth:** XXXXXXX | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

Code Section                                   Offense Description

18 U.S.C. § 1361 - Destruction of Government Property
18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding
18 U.S.C. 1752 (a)(1)(2)and (4) - Knowingly Entering or Remaining in a physical violence against any person or property in any restricted building or grounds without lawful authority
40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry or Disorderly Conduct, obstruct, or impede passage, and parade, demonstrate, or picket on Capitol Grounds

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Ian Myers, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: __01/26/2021__

*Judge's signature*

City and state:         Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*